■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL BARRETT, Appellant, v NEW YORK STATE BOARD OF PAROLE et al., Respondents. — Judgment, Supreme Court, New York County (Hecht, J.), entered on March 25, 1982, unanimously affirmed, without costs and without disbursements. (Cf. *People ex rel. Martinez v New York State Bd. of Parole*, 56 NY2d 588; *People ex rel. Rivera v New York State Div. of Parole*, 83 AD2d 918; *People ex rel.*

*Sincento v New York State Bd. of Parole*, 78 AD2d 574.) No opinion. Concur — Kupferman, J. P., Ross, Markewich, Lupiano and Asch, JJ.